IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
13 MAR 27 AM 11:00

MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

| UNITED STATES OF AMERICA | : | CASE NO.: 3:13MJ098 |
| --- | --- | --- |
| Plaintiff | : | Judge Michael J. Newman |
| v. | : | ORDER TO UNSEAL |
| ALBERTO CORTEZ-ROSALES | : | |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal and Affidavit filed with the Complaint in this matter on March 21, 2013 be unsealed.

IT IS SO ORDERED.

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE